Opinion issued February 23, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00803-CV

———————————

HGIOG
HOUSTON, LP, Appellant

V.

RMC HP III, LP AND NS ADVISORS, LLC,
IN ITS CAPACITY AS ATTORNEY-IN-FACT FOR WELLS FARGO NATIONAL BANK ASSOCIATION,
TRUSTEE FOR THE BENEFICIAL OWNERS OF N-STAR REL CDO GRANTOR TRUST SERIES A,
Appellees



 



 

On Appeal from the 190th District Court 

Harris County, Texas



Trial Court Cause No. 2011-10467

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Bland, and Sharp.